367

There was no other corroborating circumstance. There was nothing to indicate their intention to go in the direction of Abernathy. In the instant case the corroborating evidence shows that they had traveled fifty miles from the place where, admittedly, appellant and the witness lived. They were going in the direction of Chapel Hill and were within fourteen miles of it. We think the surrounding circumstances are quite in contrast to those in the Crawford case.

Another question raised by the appeal complains of the failure of one of the jurors, Fred Kokemore, to reveal the fact that he was a local deputy sheriff and had summoned witnesses for investigations made by the grand jury which returned the indictment in this case. We have concluded that the record as it appears does not raise any substantial question requiring a discussion of this complaint.

Finding no reversible error, the judgment of the trial court is affirmed.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Upon his plea of "guilty", appellant was found guilty of theft of two head of cattle and sentenced to a term of three years in the penitentiary.

The record is brought forward without a statement of facts or bill of exception. All the proceedings appear regular. No question is presented for review.

The judgment of the trial court is affirmed.

## ALEXANDER v. STATE.
### No. 25328.

Court of Criminal Appeals of Texas.
May 30, 1951.

Rehearing Denied Oct. 10, 1951.